**NORTON ROSE FULBRIGHT**

July 29, 2021

Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701-4255
United States

**FILED VIA ECF**

Direct line +1 512 536 3094
stephanie.debrow@nortonrosefulbright.com

Peter R. Marksteiner
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington D.C. 20439

Tel +1 512 474 5201
Fax +1 512 536 4598
nortonrosefulbright.com

Re:   *NetSoc v. Chegg, Inc.*, No. 20-1436

Dear Col. Marksteiner:

The briefing schedule in the above-captioned appeal was stayed pending resolution of *NetSoc, LLC v. Match Group, LLC*, No. 20-1195 ("*Match Appeal*") (including any further review by the Supreme Court).  *See* Dkt. No. 20.  Following the denial of NetSoc's petition for review by the Supreme Court, the stay was kept in place to permit the parties to confer and inform the Court how they believe the appeals should proceed.  *See* Dkt. No. 22.

Appellees submit that this appeal should be dismissed in light of the final judgment in the *Match Appeal*.  As explained in Appellee's motion to stay, *see* Dkt. 14, the district court judgment from which this appeal originates is based solely on the application of collateral estoppel.  That is, the district court in *NetSoc, LLC v. Chegg, Inc.*, 18-CV-10262 (S.D. N.Y.) held that collateral estoppel bars NetSoc's infringement claims against Chegg related to U.S. Patent No. 9,978,107 ("the '107 patent") because the patent was already held invalid in *NetSoc, LLC v. Match Group, LLC*, 3:18-CV-01809 (N.D. Tex.) ("*Match District Court Case*").  *See Chegg, Inc.*, 18-CV-10262, Dkt. 111 at 5 (S.D. N.Y. Jan. 13, 2020).[1]  The judgement in the *Match District Court Case* was later affirmed by this Court in the *Match Appeal*, *see* 838 Fed. Appx. 544 (Fed. Cir. 2020), and the Supreme Court declined to review that decision.  Because the only patent at issue in this appeal—the '107 patent—has already been held invalid and that judgment is not subject to further review, all issues in this appeal are moot and the appeal should be dismissed.

Counsel for Appellee corresponded with counsel for NetSoc to inquire as to NetSoc's position on how the appeals should proceed.  Based on the attached email received from NetSoc's counsel, Mr. William Ramey, Appellee understands NetSoc to agree that the appeals should be dismissed.  Accordingly, Appellee requests that the Court dismiss these appeals.  If, however, the Court requires a formal motion seeking dismissal, Appellee requests that the Court set the deadline to file such motion 30 days from the date of this letter.

---

[1] At that time, NetSoc also expressly conceded that if the judgment in the *Match District Court Case* stands, collateral estoppel applies to NetSoc's infringement claims against Chegg.  *See* Dkt. 14 at 4, Exs. C-E.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

102598231.1

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

Peter R. Marksteiner
July 29, 2021
Page 2

NORTON ROSE FULBRIGHT

Respectfully submitted,

*Stephanie DeBrow*

Stephanie DeBrow
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
stephanie.debrow@nortonrosefulbright.com

*Counsel for Appellee*

Attachments:
1. Email correspondence inquiring as to NetSoc's position on dismissal of Appeal Nos. 20-1643.

102598231.1

# DeBrow, Stephanie

| | |
|---|---|
| **From:** | William Ramey <wramey@rameyfirm.com> |
| **Sent:** | Thursday, July 15, 2021 11:23 AM |
| **To:** | DeBrow, Stephanie |
| **Cc:** | Greeson, Robert |
| **Subject:** | RE: NetSoc v. Chegg Federal Circuit Appeal 20-1463 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Stephanie,

We are done with those cases.

Bill

---

**From:** DeBrow, Stephanie <stephanie.debrow@nortonrosefulbright.com>
**Sent:** Wednesday, July 14, 2021 3:28 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Subject:** RE: NetSoc v. Chegg Federal Circuit Appeal 20-1463

Bill,

I'm following up on my email below. I have reached out to you a number of times and gotten no response. Please let us know as soon as possible when you are available to discuss.

Thanks,

**Stephanie DeBrow** | Partner
Norton Rose Fulbright US LLP
Tel +1 512 536 3094
stephanie.debrow@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

---

**From:** DeBrow, Stephanie
**Sent:** Wednesday, July 7, 2021 4:26 PM
**To:** 'William Ramey' <wramey@rameyfirm.com>
**Cc:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Subject:** RE: NetSoc v. Chegg Federal Circuit Appeal 20-1463

Bill,

As I'm sure you know, the Court issued a similar order in this appeal as was entered in the IPR appeals (21-1619, 21-1620). Pursuant to that order, the stay remains in place, but the parties must inform the court of their position as to how the appeal should proceed no later than July 28, 2021. Please let us know as soon as possible when you are available to discuss.

Thanks,

**Stephanie DeBrow** | Partner
Norton Rose Fulbright US LLP
Tel +1 512 536 3094
stephanie.debrow@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

---

**From:** DeBrow, Stephanie
**Sent:** Wednesday, June 23, 2021 1:55 PM
**To:** 'DeBrow, Stephanie' <stephanie.debrow@nortonrosefulbright.com>; William Ramey <wramey@rameyfirm.com>
**Cc:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Subject:** RE: NetSoc v. Chegg Federal Circuit Appeal 20-1463

Bill,

I am following up on the email below. Given that the deadline to file the notice with the Federal Circuit is Monday, 6/28, please let us know NetSoc's position as soon as possible.

Thanks,

**Stephanie DeBrow** | Partner
Norton Rose Fulbright US LLP
Tel +1 512 536 3094
stephanie.debrow@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

---

**From:** DeBrow, Stephanie [mailto:stephanie.debrow@nortonrosefulbright.com]
**Sent:** Wednesday, June 16, 2021 1:53 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Subject:** NetSoc v. Chegg Federal Circuit Appeal 20-1463

Bill,

I am writing with respect to the NetSoc v. Chegg appeal (20-1436), which was stayed pending final resolution of the appeal related to Judge Godbey's decision in the NetSoc, LLC v. Match Group, LLC case. As I'm sure you are aware, the Supreme Court's denial of NetSoc's cert petition in the Match appeal triggered a deadline for the parties to inform the Court how they think this appeal should proceed.

Chegg's position is that the appeal should be dismissed. As we have previously discussed, the judgment in the Chegg district court case was based solely on the application of collateral estoppel in light of Judge Godbey's order in the NetSoc, LLC v. Match Group, LLC case. Therefore, the sole issue in this appeal is whether collateral estoppel should bar NetSoc's infringement claims against Chegg on the '107 patent. Those issues are now moot, however, because the Federal Circuit has affirmed the patent-ineligibility of the claims of the '107 patent and the Supreme Court declined to grant certiorari.

**Please let us know your position on this issue as soon as possible.** The deadline to file the statement with the Federal Circuit is June 28th. If the parties are in agreement regarding dismissal, we are happy to prepare and file a joint notice.

Best,
Stephanie

**Stephanie DeBrow** | Partner
Norton Rose Fulbright US LLP
Tel +1 512 536 3094
stephanie.debrow@nortonrosefulbright.com

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.