Case No. 2020-1436

United States Court of Appeals
for the Federal Circuit

---

**NETSOC, LLC,**

Plaintiff - Appellant

v.

**CHEGG INC.,**

Defendants - Appellee

---

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK in Civil Action No. 1:18-cv-10262,
Honorable Judge Ronnie Abrams

---

**APPELLANT'S RESPONSE TO DISMISSAL**

Attorneys for Appellants:

Ramey & Schwaller, LLP

/s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
(832) 900-4941 (fax)

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4(a) and Federal Rule of Appellate Procedure 26.1, counsel for Appellant NETSOC, LLC ("NetSoc") certifies the following:

1. The full name of every party represented by the undersigned is NetSoc, LLC of 5020 Montrose Blvd., Suite 800, Houston, Texas 77006.

2. The real party in interest is NetSoc, LLC.

3. NetSoc, LLC has no parent corporation and there is no publicly held corporation that owns 10% or more of the stock of either corporation.

4. The names of all law firms and the partners or associates that appeared for NetSoc, LLC in the district court or are expected to appear in this Court are:

William P. Ramey, III
Donald H. Mahoney III
Ramey & Schwaller, LLP

Harry Laxton
Delona Laxton
Formerly of Ramey & Schwaller, LLP (not expected to appear in this Court)

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. See Fed. Cir. R. 47. 4(a)(5) and 47.5(b).

*NetSoc, LLC v. Match Group, LLC*
C.A.F.C., No: 2020-1195.

*NetSoc, LLC v. Oath, Inc.*

1

C.A.F.C., No: 2020-1437.

*NetSoc, LLC v. Quora, Inc.*
C.A.F.C., No: 2020-1430.

*NetSoc v. LinkedIn*
U.S.D.C., N.D.C.A., No: 3:20-cv-00483.

Date: September 1, 2021        /s/ William P. Ramey, III
                               William P. Ramey, III

Given the exhaustion of appeals, Appellant has no opposition to the dismissal of this appeal.

Date: September 1, 2021

Respectfully submitted,

Ramey & Schwaller, LLP

/s/ William P. Ramey, III
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
713-426-3923 (Telephone)
832-900-4941 (Facsimile)

**ATTORNEYS FOR NETSOC, LLC**

## **CERTIFICATE OF SERVICE**

I certify that I served a copy on counsel of record on September 1, 2021, by ECF filing.

By: /s/ William P. Ramey, III
William P. Ramey, III

# CERTIFICATE OF COMPLIANCE WITH FED. R. APP. P. 32(a)(7)(B)

The undersigned counsel of records for Appellants/Plaintiff, NetSoc, LLC, certifies that this Response complies with the typeface requirement provided in Rule 32(a)(5) and type-volume limitation provided in Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure. In preparing this certificate, I relied on word-count program of Microsoft Word 2018. This Response contains 15 words.

Dated: September 1, 2021

By: /s/ William P. Ramey, III
William P. Ramey, III
Ramey & Schwaller, LLP
Texas State Bar No. 23027643
Federal Circuit Bar No.
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (Telephone)
(832) 900-4941 (Facsimile)
wramey@rameyfirm.com

**ATTORNEYS FOR NETSOC, LLC**