No. 20-1436

In The

# United States Court of Appeals for the Federal Circuit

_____

NETSOC, LLC

Appellant,

v.

CHEGG, INC.,

Appellee.

_____

Appeal from the United States District Court for the Southern District of New York, No. 1:18-cv-10262-RA

_____

## REPLY IN SUPPORT OF APPELLEE'S MOTION TO DISMISS

_____

Robert Greeson
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Tel: 214-855-7430
robert.greeson@nortonrosefulbright.com

Stephanie N. DeBrow
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512-536-3094
stephanie.debrow@nortonrosefulbright.com

Erik O. Janitens
NORTON ROSE FULBRIGHT US LLP
1301 McKinney St., Suite 5100
Houston, TX 77010
Tel: 713-651-3629
erik.janitens@nortonrosefulbright.com

September 1, 2021

_Counsel for Appellee_

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**NetSoc, LLC**         v.         **Chegg, Inc.**

## Case No. 20-1436

## CERTIFICATE OF INTEREST

Counsel for the:

☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

Chegg, Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of all entities represented by undersigned counsel in this case | 2. Name of real parties in interest for the entities represented by undersigned counsel:: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the entities |
|---|---|---|
| Chegg, Inc. | None | Baillie Gifford & Co. |

4. The names of all law firms and the partners or associates who have not entered an appearance in this case, but that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities:  None

5. The title and number of any case known to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. See Fed. Cir. R. 47. 4(a)(5) and 47.5(b). (The parties should attach continuation pages as necessary).
*NetSoc, LLC v. Quora, Inc.* (3:19-cv-06518) (N.D. Cal.); *NetSoc, LLC v. Oath Inc.* (1:18-cv-12267) (S.D.N.Y.); *NetSoc, LLC v. LinkedIn Corporation* (1:18-cv-12215) (S.D.N.Y.); *NetSoc, LLC v. Match Group, LLC* (3:18-CV-01809-N)(N.D. Tex) (20-1195) (Fed. Cir.); *NetSoc, LLC v. Quora, Inc.,* No. 20-1430 (Fed. Cir.); *NetSoc, LLC v. Oath Inc.,* No. 20-1437 (Fed. Cir.); IPR2019-01171; IPR2019-01165

6.  Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):  Not applicable

September 1, 2021
Date

/s/ Stephanie N. DeBrow
Signature of counsel

Please Note: All questions must be answered

Stephanie N. DeBrow
Printed name of counsel

cc: All counsel of record

As indicated in NetSoc's most recent filing, the parties are in agreement that this appeal should be dismissed.  Accordingly, for the reasons stated Appellee's motion, Appellee respectfully requests that the Court enter an order of dismissal.

Dated:  September 1, 2021          Respectfully submitted,

/s/ Stephanie N. DeBrow
Stephanie N. DeBrow
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
(512) 536-3094
stephanie.debrow@nortonrosefulbright.com

Robert Greeson
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Tel: 214-855-7430
robert.greeson@nortonrosefulbright.com

Erik O. Janitens
NORTON ROSE FULBRIGHT US LLP
1301 McKinney St., Suite 5100
Houston, TX 77010
Tel:  713-651-3629
erik.janitens@nortonrosefulbright.com

*Counsel for Appellee*

## CERTIFICATE OF COMPLIANCE

I certify that this Reply is proportionately spaced and, according to the word processing program in which it was generated, contains 36 words excluding parts of the document exempted by Federal Circuit Rule 27(d).

/s/ Stephanie N. DeBrow

Stephanie N. DeBrow
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
(512) 536-3094

*Counsel for Appellees*

## CERTIFICATE OF SERVICE

I certify that on September 1, 2021, Appellee's Reply was served on all counsel of record via the Court's CM/ECF system.

/s/ Stephanie N. DeBrow

Stephanie N. DeBrow
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
(512) 536-3094

*Counsel for Appellee*